IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LASHONDA T. SPRINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-195 |
| ) | |
| REWORLD f/k/a COVANTA REWORLD ) | |
| PROJECTS, LLC; REWORLD HOLDING ) | |
| CORP; and COVANTA ENERGY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted, **DISMISSES** any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of December, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA